IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |
|---|---|
| R. ALEXANDER ACOSTA, <br> SECRETARY OF LABOR, <br> UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> LOVING CARE NURSING SERVICES, LLC., *et al* <br><br> Defendants. | Case No. 1:18-cv-02427-DKC |

**MOTION TO APPROVE AND ENTER CONSENT JUDGMENT**

Plaintiff Eugene Scalia, Secretary of Labor, United States Department of Labor, hereby moves this Court to Approve and Enter the Consent Judgment of Loving Care Nursing Services, LLC, Loving Care Services, Inc., d/b/a Loving Care Nursing Services, Inc. and Bernadette Nwanguma, as agreed to by the parties.  In support thereof, the Secretary represents that the parties have reached an agreement for the purpose of settling the above-referenced matter. The terms of this agreement are set forth in the Consent Judgment attached hereto as Exhibit A.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully requests that the Court enter the Consent Judgment attached hereto.

Respectfully submitted,

| | |
|---|---|
| Mailing Address: | **UNITED STATES DEPARTMENT OF LABOR** |
| U.S. Department of Labor<br>Office of the Regional Solicitor<br>201 12th Street South<br>Suite 401<br>Arlington, VA 22202-5450 | Kate S. O'Scannlain<br>Solicitor of Labor<br><br>Oscar L. Hampton III<br>Regional Solicitor |
| (202) 693-9373(voice)<br>(202) 693-9392 (fax) | Samantha N. Thomas<br>Associate Regional Solicitor |
| jones.chervonti.j@dol.gov | Adam F. Welsh<br>Regional Wage and Hour Counsel<br><br>/s/ Chervonti Jones<br>Chervonti Jones |
| Date: October 16, 2020 | |

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, true and correct copies of the foregoing Motion to Approve Settlement and Enter Consent Judgment was filed with the Clerk of Court using the CM/ECF system, which will send notification to the following:

Aaron J. Turner, Esq.
Levin & Gann, P.A.
502 Washington Avenue, 8th Floor
Towson, MD 21204
Federal Bar No.: 29822
T: (410) 321-0600
F: (410) 339-5762
E: aturner@levingann.com

          /s/Chervonti Jones
          Chervonti Jones
          Trial Attorney